| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

Lauger Companies, Inc., §
§
§ Plaintiff, §
§
versus § Civil Action V-16-11
§
Mid-Continent Casualty Company, §
§
Defendant. §

# Final Judgment

Lauger Companies, Inc., takes $78,652.52 from Mid-Continent Casualty Company.

Signed on August 2, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge