| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Lauger Companies, Inc., § § Plaintiff, § § versus § § Mid-Continent Casualty Company, § § Defendant. § | Civil Action V-16-11 |

## Post-Judgment Award of Fees and Costs

Lauger Companies, Inc., recovers from Mid-Continent Casualty Company $25,027.50 in attorneys' fees plus $3,004.23 in costs. (40)(41)

Signed on December 6, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge